JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRIAND, | Case No. 2:26-cv-00076-SB-PD |
|     Plaintiff, | |
| v. | FINAL JUDGMENT |
| CEDARS-SINAI MEDICAL CENTER et al., | |
|     Defendants. | |

For the reasons stated in the separate order of entered this date, it is ordered that Plaintiff William Briand's claims are dismissed as follows:

1. The federal claims are dismissed on the merits with prejudice.

2. The state claims are dismissed without prejudice for lack of supplemental jurisdiction.

This is a final judgment.

Date: April 17, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1